IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ALFRED C. MARBLES | § | |
| VS. | § | CIVIL ACTION NO. 9:14-CV-80 |
| TOMMIE D. HAYNES, *et al.*, | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Alfred C. Marbles, an inmate formerly confined at the Gib Lewis Unit[1], with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against the following defendants: Warden, Tommie D. Haynes, Assistant Warden, Frank V. Helm, Assistant Warden, Stephen D. Bryant, Captain, Kris C. Collins, Captain, Patrick D. Coleman, Sergeant, Trey A. Cheneyworth, Unit Grievance Investigator, Christin L. Boykin, Unit Grievance Coordinator, D. Hurly, Correctional Officer V, Doris L. Trahan, and Correctional Officer V, Ladonna Westbrook-Haynes.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's civil rights action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim and as frivolous.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

---

[1] Plaintiff notified the court of an address change on December 14, 2016. It would appear plaintiff was released from prison as the address provided appears to be a residential address (docket entry no. 14).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **21** day of **July, 2017.**

_____
Ron Clark, United States District Judge